# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** CALIFORNIA
### OAKLAND **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| A-1 READY MIX, INC. | § | Case No. 18-41677 L-7 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

LOIS I. BRADY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 810,065.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 543,158.47 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 308,163.91 | |

3) Total gross receipts of $ 851,322.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 851,322.38 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 468,357.29 | $ 468,357.29 | $ 396,956.50 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 309,933.35 | 309,933.35 | 308,163.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 129,649.05 | 129,649.05 | 129,649.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 4,583,456.56 | 4,583,456.56 | 16,552.92 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 5,491,396.25 | $ 5,491,396.25 | $ 851,322.38 |

4)  This case was originally filed under chapter 7 on  07/20/2018 .  The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/29/2021                    By:/s/LOIS I. BRADY
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable - 90 days old or less | 1121-000 | 177,531.00 |
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 216,441.38 |
| 2015 Kenworth Mixer - 1NKWLJ0X7FJ458303 | 1129-000 | 457,350.00 |
| **TOTAL GROSS RECEIPTS** | | **$851,322.38** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018A | A-1 SEPTIC TANK SERVICE, INC. | 4210-000 | NA | 71,400.79 | 71,400.79 | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PACIFIC ENTERPRISE BANK | 4210-000 | NA | 252,972.40 | 252,972.40 | 252,972.40 |
| 000002 | SNYDER LEASING CORP | 4210-000 | NA | 69,083.31 | 69,083.31 | 69,083.31 |
| 000025 | WELLS FARGO BANK NA | 4210-000 | NA | 3,500.00 | 3,500.00 | 3,500.00 |
| | A-1 SEPTIC TANK SERVICE, INC. | 4220-000 | NA | 71,400.79 | 71,400.79 | 71,400.79 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 468,357.29 | $ 468,357.29 | $ 396,956.50 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:LOIS I. BRADY, ESQ. | 2100-000 | NA | 45,816.12 | 45,816.12 | 45,816.12 |
| TRUSTEE EXPENSES:LOIS I. BRADY, ESQ. | 2200-000 | NA | 138.53 | 138.53 | 138.53 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 118.34 | 118.34 | 118.34 |
| MATRIX OPS INC | 2410-000 | NA | 17,137.10 | 17,137.10 | 17,137.10 |
| ASSOCIATED BANK | 2600-000 | NA | 1,769.44 | 1,769.44 | 1,769.44 |
| BANK FEES | 2600-000 | NA | 1,769.44 | 1,769.44 | 0.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 1,640.73 | 1,640.73 | 1,640.73 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SALES TAX SUBMITTED TO STATE OF CA | 2820-000 | NA | 9,553.33 | 9,553.33 | 9,553.33 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):WENDELL ROSEN | 3210-000 | NA | 109,840.43 | 109,840.43 | 109,840.43 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):WENDELL ROSEN | 3220-000 | NA | 1,778.28 | 1,778.28 | 1,778.28 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):KOKJER PIEROTTI MAICCO & DUCK LLP | 3410-000 | NA | 9,735.50 | 9,735.50 | 9,735.50 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):KOKJER PIEROTTI MAICCO & DUCK LLP | 3420-000 | NA | 118.54 | 118.54 | 118.54 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:WEST AUCTIONS INC | 3610-000 | NA | 88,868.22 | 88,868.22 | 88,868.22 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:WEST AUCTIONS INC | 3620-000 | NA | 21,649.35 | 21,649.35 | 21,649.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 309,933.35 | $ 309,933.35 | $ 308,163.91 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023A | CALIFORNIA DEPT OF TAX & FEE ADMIN | 5800-000 | NA | 119,346.12 | 119,346.12 | 119,346.12 |
| 000022 | FRANCHISE TAX BOARD | 5800-000 | NA | 829.28 | 829.28 | 829.28 |
| 000004A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 9,473.65 | 9,473.65 | 9,473.65 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 129,649.05 | $ 129,649.05 | $ 129,649.05 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018B | A-1 SEPTIC TANK SERVICE INC | 7100-000 | NA | 2,352,156.71 | 2,352,156.71 | 8,541.36 |
| 000005 | BAY CITY SCALE INC | 7100-000 | NA | 1,448.17 | 1,448.17 | 5.26 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | CALPORTLAND COMPANY | 7100-000 | NA | 573,434.85 | 573,434.85 | 2,082.31 |
| 000016 | CEMEX CONSTRUCTION MATERIALS PACIFI | 7100-000 | NA | 137,784.99 | 137,784.99 | 500.34 |
| 000007 | CONCRETE CHEMICALS OF CALIFORNIA | 7100-000 | NA | 13,096.66 | 13,096.66 | 47.56 |
| 000014 | CONTI MATERIAL SERVICE LLC | 7100-000 | NA | 5,929.53 | 5,929.53 | 21.53 |
| 000013 | DELCON MATERIALS | 7100-000 | NA | 3,978.98 | 3,978.98 | 14.45 |
| 000009 | GREENWOOD & MOORE INC | 7100-000 | NA | 5,086.34 | 5,086.34 | 18.47 |
| 000020 | HANSON BRIDGETT LLP | 7100-000 | NA | 34,067.92 | 34,067.92 | 123.71 |
| 000004B | INTERNAL REVENUE SERVICE | 7100-000 | NA | 12,169.42 | 12,169.42 | 44.19 |
| 000006A | LEHIGH HANSON INC | 7100-000 | NA | 791,684.66 | 791,684.66 | 2,874.84 |
| 000011 | MARLIN BUSINESS BANK | 7100-000 | NA | 5,144.63 | 5,144.63 | 18.68 |
| 000017 | PACIFIC COAST PETROLEUM INC | 7100-000 | NA | 63,614.77 | 63,614.77 | 231.00 |
| 000019A | PACIFIC ENTERPRISE BANK | 7100-000 | NA | 352,685.84 | 352,685.84 | 1,280.70 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000021 | PACIFIC ENTERPRISE BANK | 7100-000 | NA | 67,155.65 | 67,155.65 | 243.87 |
| 000001 | SNIDER LEASING CORP | 7100-000 | NA | 35,944.06 | 35,944.06 | 130.52 |
| 000002 | SNIDER LEASING CORP | 7100-000 | NA | 2,211.17 | 2,211.17 | 8.03 |
| 000003 | SNIDER LEASING CORP | 7100-000 | NA | 63,225.99 | 63,225.99 | 229.59 |
| 000010 | STEVENS CREEK QUARRY INC | 7100-000 | NA | 10,107.55 | 10,107.55 | 36.70 |
| 000015 | LAST & FAORO | 7100-001 | NA | 27,131.71 | 27,131.71 | 98.52 |
| 000008 | UNITED SITE SERVICES OF CALIFORNIA | 7100-001 | NA | 353.90 | 353.90 | 1.29 |
| 000023B | CALIFORNIA DEPT OF TAX & FEE ADMIN | 7300-000 | NA | 17,874.16 | 17,874.16 | 0.00 |
| 000004C | INTERNAL REVENUE SERVICE | 7300-000 | NA | 7,168.90 | 7,168.90 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 4,583,456.56 | $ 4,583,456.56 | $ 16,552.92 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 18-41677    L-7    Judge: WILLIAM J. LAFFERTY | |
| Case Name: | A-1 READY MIX, INC. | |
| For Period Ending:  08/29/21 | | |

| | |
|---|---|
| Trustee Name: | LOIS I. BRADY |
| Date Filed (f) or Converted (c): | 07/20/18 (f) |
| 341(a) Meeting Date: | 08/21/18 |
| Claims Bar Date: | 09/28/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wells Fargo Checking *1806 | 0.00 | 0.00 | | 0.00 | FA |
| 2. Wells Fargo Savings *3419 | 10.00 | 0.00 | | 0.00 | FA |
| 3. Security Deposit for 1880 Jerold Avenue, SF | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 4. Accounts Receivable - 90 days old or less | 120,503.00 | 177,531.00 | | 177,531.00 | FA |
| 5. Account Receivable - Over 90 days old valued by Debtor as $0 | 247,055.00 | 0.00 | | 0.00 | FA |
| 6. Raw Materials | 500.00 | 0.00 | | 0.00 | FA |
| 7. 2011 Hyundai HL 770-9 Wheel Loader | 135,000.00 | 0.00 | | 0.00 | FA |
| 8. 2015 Kenworth T880 Tractor | 110,000.00 | 0.00 | | 0.00 | FA |
| 9. 2013 Kenworth T660 White End Dump | 55,000.00 | 0.00 | | 0.00 | FA |
| 10. Peak Maxum Batch Plant 2008 Dragon Tank TRL  - RFS filed by Pacific Enterprise Bank - Order 43 entered 9/7/2018 | 425,000.00 | 0.00 | | 42,200.00 | FA |
| 11. 2015 Kenworth Mixer - 1NKWLJ0X7FJ458303 2015 Kenworth Mixer - 1NKWLJOXOFJ458305 2015 Kenworth Mixer - 1NKWLTEX74J065340 2004 Kenworth Mixer - 1NKWLU0X77J214590 2007 Kenworth Mixer - 1NKWLT0X45R106792 2005 Kenworth Mixer - 1NKWLT0X65R106793 2005 Kenworth Mixer - 1NKWLTEXX5J087785 2005 Kenworth Mixer - 1NKWLTEX35R086981 [11/15/18: Report of Sale; Doc#58] | 585,000.00 | 297,926.84 | | 457,350.00 | FA |
| 12. 1985 Cat 950 Wheel Loader | 45,000.00 | 45,000.00 | | 35,600.00 | FA |
| 13. 2016 Trimle VG850 EVDO Verizon Kore QC Ready Mix | 20,000.00 | 0.00 | | 10,400.00 | FA |
| 14. Potential Cause of Action Insurance Claim for damages to 2017 Batch Plant located in San Francisco, est. value | 70,000.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 18-41677    L-7    Judge: WILLIAM J. LAFFERTY | Trustee Name: | LOIS I. BRADY |
| Case Name: | A-1 READY MIX, INC. | Date Filed (f) or Converted (c): | 07/20/18 (f) |
| | | 341(a) Meeting Date: | 08/21/18 |
| | | Claims Bar Date: | 09/28/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Pacific Enterprise Bank Checking (u) | 0.00 | 0.00 | | 0.00 | FA |
| [08/21/18: Added on Amended Sch B, doc#28] | | | | | |
| 16. 2012 Peak Fusion Batch Plan located in Hayward (u) | 145,000.00 | 0.00 | | 0.00 | FA |
| [08/21/18: Added on Amended Sch B, doc#28] | | | | | |
| 17. 2004 Wesco Dump Truck [1WRFH32804W046344] (u) | 30,000.00 | 30,000.00 | | 5,600.00 | FA |
| Titled to A-1 Septic. Debtor has ownership interest pursuant to payments made to A-1 Septic as described in answers to questions13.2 and 13.3 of the SOFA | | | | | |
| [08/21/18: Added on Amended Sch B, doc#28] | | | | | |
| 18. 2004 Kenworth [1NJWL0EX14J05073] (u) | 40,000.00 | 0.00 | | 0.00 | FA |
| [08/21/18: Added on Amended Sch B, doc#28] | | | | | |
| 19. 2002 Kenworth W900 [1NKWL0EX42J893812] (u) | 40,000.00 | 40,000.00 | | 15,000.00 | FA |
| Titled to A-1 Septic; Debtor has ownership interest pursuant to payments made to A-1 Septic as described in answers to questions 13.2 and 13.3 of the SOFA | | | | | |
| [08/21/18: Added on Amended Sch B, doc#28] | | | | | |
| 20. 2003 Kenworth W900  [1NKWLOEX13J893705] (u) | 40,000.00 | 40,000.00 | | 16,375.00 | FA |
| [08/21/18: Added on Amended Sch B, doc#28] | | | | | |
| 21. 2003 Kenworth W900  [1KNWLOEX13J893702] (u) | 40,000.00 | 40,000.00 | | 12,875.00 | FA |
| [08/21/18: Added on Amended Sch B, doc#28] | | | | | |
| 22. 2004 Kenworth W900  [1KNWLOEX24J050582] (u) | 40,000.00 | 40,000.00 | | 15,700.00 | FA |
| Titled to A-1 Septic. Debtor has ownership interest pursuant to payments under A-1 Septic as described in answers to questions 13.2 and 13.3 of the SOFA | | | | | |
| [08/21/18: Added on Amended Sch B, doc#28] | | | | | |
| 23. 2004 Kenworth T800  [3BKKLU9X54F069909] (u) | 40,000.00 | 40,000.00 | | 12,800.00 | FA |
| [08/21/18: Added on Amended Sch B, doc#28] | | | | | |

Case No:    18-41677    L-7    Judge: WILLIAM J. LAFFERTY

Case Name:    A-1 READY MIX, INC.

Trustee Name:    LOIS I. BRADY

Date Filed (f) or Converted (c):    07/20/18 (f)

341(a) Meeting Date:    08/21/18

Claims Bar Date:    09/28/18

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. | 1985 Reliance Dump Trailer [1RESC620FC851238] (u) | 15,000.00 | 15,000.00 | | 15,600.00 | FA |
| | Titled to A-1 Septic. Debtor has ownership interest pursuant to payments made to A-1 Septic as described in answers to questions 13.2 and 13.3 of the SOFA | | | | | |
| | [08/21/18: Added on Amended Sch B, doc#28] | | | | | |
| | Debtor Claimed Exemption | | | | | |
| 25. | 2013 KW Tractor Vin [1XKAD49X1DJ342318] (u) | 0.00 | 0.00 | | 0.00 | FA |
| | Vehicle Leased from Snider Leasing Corp. | | | | | |
| | Trustee's Auction did not net minimum bid of $50,358.02 - Snider Leasing Corp filed RFS HSM-002 | | | | | |
| | [11/30/18: RFS Order entered, DOC#60] | | | | | |
| 26. | 2007 Ford Explorer 4x4 Sport Trac XLT (u) | 0.00 | 6,300.00 | | 6,300.00 | FA |
| 27. | Tuff Shed 10' x8' with contents (u) | 0.00 | 1,590.00 | | 1,590.00 | FA |
| 28. | Sea Container 23' x 8'x 113' (u) | 0.00 | 1,660.00 | | 1,660.00 | FA |
| 29. | Sea Container 21' x 8' x102" (u) | 0.00 | 4,650.00 | | 4,650.00 | FA |
| 30. | Contents of Sea Container: Shelves, Spare Truck (u) Parts, Oil | 0.00 | 310.00 | | 310.00 | FA |
| 31. | Bobcat 45" Jackhammer (u) | 0.00 | 2,550.00 | | 2,550.00 | FA |
| 32. | Staircase Piece 7' x 42"x 71" (u) | 0.00 | 268.00 | | 268.00 | FA |
| 33. | Bobcat Tera 4' Fork Attachment (u) | 0.00 | 665.00 | | 665.00 | FA |
| 34. | 9 1/2' Rock Auger with 4" blades (u) | 0.00 | 105.00 | | 105.00 | FA |
| 35. | 79" Bobcat Bucket Attachment (u) | 0.00 | 410.00 | | 410.00 | FA |
| 36. | 7' Bobcat Sweeper Attachment (u) | 0.00 | 1,700.00 | | 1,700.00 | FA |
| 37. | Pneumatic Dolly with Compressed Nitrogen Tank (u) | 0.00 | 60.00 | | 60.00 | FA |
| 38. | Bauer Electric Jack Hammer (u) | 0.00 | 194.44 | | 194.44 | FA |
| 39. | Chicago Electric Jackhammer (not sold) (u) | 0.00 | 4.50 | | 4.50 | FA |

Case No: 18-41677 L-7 Judge: WILLIAM J. LAFFERTY

Case Name: A-1 READY MIX, INC.

Trustee Name: LOIS I. BRADY
Date Filed (f) or Converted (c): 07/20/18 (f)
341(a) Meeting Date: 08/21/18
Claims Bar Date: 09/28/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40. 40+ 4" rock auger blades and chains (u) | 0.00 | 41.00 | | 41.00 | FA |
| 41. 3 Shelves of Assorted items (u) | 0.00 | 54.00 | | 54.00 | FA |
| 42. Misc. tools, equipment & supplies (u) | 0.00 | 3,772.86 | | 3,772.86 | FA |
| 43. Sales Tax and additional rent expense related to auction 1/29/2019-1/31/2019 | 0.00 | 9,956.58 | | 9,956.58 | FA |
| 44. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $2,250,568.00  $807,249.22  $851,322.38  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8/29/2021: SUBMIT TDR TO UST FOR REVIEW; AWAIT FINAL DECREE

Initial Projected Date of Final Report (TFR): 06/30/19    Current Projected Date of Final Report (TFR): 10/20/20

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 18-41677 -L-7 |
| Case Name: | A-1 READY MIX, INC. |

| | |
|---|---|
| Taxpayer ID No: | *******2647 |
| For Period Ending: | 08/29/21 |

| | |
|---|---|
| Trustee Name: | LOIS I. BRADY |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3549 Checking Account (Non-Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/13/18 | 13 | West Auctions, Inc. escrow account PO Box 278 Woodland, CA 95776 | NET SALE OF PERSONAL PROPERTY | | 74,210.42 | | 74,210.42 |
| | 11 | WEST AUCTIONS INC | Memo Amount: 463,750.00 PROCEEDS OF AUCTION [TOTAL EXPENSE = 383,139.58] Credit for Trimble Units for Wells Fargo Bank$6,400 | 1129-000 | | | |
| | | PACIFIC ENTERPRISE BANK | Memo Amount: ( 252,972.40 ) Lien Payoff | 4210-000 | | | |
| | | SNIDER LEASING | Memo Amount: ( 69,083.31 ) Lien Payoff | 4210-000 | | | |
| | | PACIFIC ENTERPRISE BANK | Memo Amount: ( 59,455.50 ) AUCTIONEER COMMISSION | 3610-000 | | | |
| | | WEST AUCTIONS INC | Memo Amount: ( 8,028.37 ) AUCTIONEER'S EXPENSE | 3620-000 | | | |
| 12/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.04 | 74,146.38 |
| 01/08/19 | 4 | MGE Underground, Inc. POB 4189 Paso Robles, CA 93447 | ACCOUNT RECEIVABLE | 1121-000 | 21,622.43 | | 95,768.81 |
| 01/08/19 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 110.22 | 95,658.59 |
| 01/15/19 | 010001 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST STE 420 NEW ORLEANS LA 70139 | BLANKET BOND #016048574 | 2300-000 | | 42.36 | 95,616.23 |
| 01/24/19 | 4 | Costal Paving, Inc. 1295 Norman Avenue Santa Clara, CA 95054 | ACCOUNT RECEIVABLE | 1121-000 | 34,463.33 | | 130,079.56 |
| | | | Page Subtotals | | 130,296.18 | 216.62 | |

Case: 18-41677    Doc# 98    Filed: 10/07/21    Entered: 10/07/21 14:11:54    Page 13 of 22

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 18-41677 -L-7 | |
| Case Name: | A-1 READY MIX, INC. | |

Taxpayer ID No: *******2647
For Period Ending: 08/29/21

Trustee Name: LOIS I. BRADY
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******3549 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/19 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 148.17 | 129,931.39 |
| 02/21/19 | 010002 | Matrix Ops, Inc. | ADMINISTRATIVE RENT | 2410-000 | | 17,137.10 | 112,794.29 |
| 02/28/19 | 4 | American Asphalt PO Box 3367 Hayward, CA 94540-3367 | ACCOUNT RECEIVABLE | 1121-000 | 2,150.78 | | 114,945.07 |
| 02/28/19 | 4 | Drill Tech Drilling & Shoring, Inc. 2200 Wymore Way Antioch, CA 94509 | ACCOUNT RECEIVABLE | 1121-000 | 3,230.94 | | 118,176.01 |
| 03/03/19 | * NOTE * | West Auctions, Inc. PO Box 278 Woodland, CA 95776 | SALE OF PERSONAL PROPERTY * NOTE * Properties 10, 12, 13, 17, 19, 20, 21, 22, 23, 24, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43 | | 157,454.35 | | 275,630.36 |
| | | WEST AUCTIONS INC. | Memo Amount: 210,041.38 PROCEEDS OF AUCTION Credit for Trimble Unit from Wells Fargo Bank $4,000 | 1129-000 | | | |
| | | WEST AUCTIONS INC | Memo Amount: ( 29,412.72 ) Auctioneer's Commission | 3610-000 | | | |
| | | WEST AUCTIONS INC | Memo Amount: 13,620.98 ) Auctioneer's Expenses | 3620-000 | | | |
| | | SALES TAX SUBMITTED TO STATE OF CA | Memo Amount: ( 9,553.33 ) SALES TAX | 2820-000 | | | |
| 03/03/19 | 4 | San Francisco Bay Area Rapit Transit 300 Lakeside Drive Oakland, CA 94612 | ACCOUNT RECEIVABLE | 1121-000 | 15,471.88 | | 291,102.24 |
| 03/03/19 | 4 | Coastal Paving, Inc. 1295 Norman Avenue Santa Clara, CA 95054 | ACCOUNT RECEIVABLE | 1121-000 | 3,209.70 | | 294,311.94 |
| 03/07/19 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 174.73 | 294,137.21 |

Page Subtotals 181,517.65 17,460.00

Ver: 22.03d

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-41677 -L-7 | Trustee Name: LOIS I. BRADY |
| Case Name: A-1 READY MIX, INC. | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******3549 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******2647 | |
| For Period Ending: 08/29/21 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/12/19 | 4 | Horizon Industries<br>5536 Johnston Road<br>Pleasanton, CA 94588 | ACCOUNT RECEIVABLE | 1121-000 | 3,094.54 | | 297,231.75 |
| 03/19/19 | 4 | Fine Design Masonry, Inc.<br>1819 Noemi Drive<br>Concord, CA 94519 | ACCOUNT RECEIVABLE | 1121-000 | 1,412.85 | | 298,644.60 |
| 03/19/19 | 010003 | A-1 Septic Tank Service, Inc. | SETTLEMENT PAYMENT | 4220-000 | | 71,400.79 | 227,243.81 |
| 03/26/19 | 4 | Ghilotti Construction Company<br>246 Ghilotti Avenue<br>Santa Rosa, CA 95407 | ACCOUNT RECEIVABLE | 1121-000 | 1,503.94 | | 228,747.75 |
| 04/05/19 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 420.28 | 228,327.47 |
| 04/14/19 | 4 | Beliveau Engineering Contractors Inc.<br>909 7th Street<br>Oakland, CA 94607 | ACCOUNT RECEIVABLE | 1121-000 | 6,962.85 | | 235,290.32 |
| 04/25/19 | 010004 | WENDEL ROSEN BLACK & DEAN LLP<br>MARK S BOSTICK<br>1111 BROADWAY 24TH FL<br>OAKLAND CA 94607 | ATTORNEY FOR TRUSTEE INTERIM FEES<br>ORDER #73 4/18/2019 | 3210-000 | | 87,996.50 | 147,293.82 |
| 04/25/19 | 010005 | WENDEL ROSEN BLACK & DEAN LLP<br>MARK S BOSTICK<br>1111 BROADWAY 24TH FL<br>OAKLAND CA 94607 | ATTY FOR TRUSTEE INTERIM EXPENSE<br>Order #73 4/18/2019 | 3220-000 | | 1,294.56 | 145,999.26 |
| 05/07/19 | 4 | David C Ludlow, Sole Prop<br>dba D.L. Masonry<br>2028 Farnsworth Way<br>Rancho Cordova, CA 95670-2213 | ACCOUNT RECEIVABLE | 1121-000 | 1,881.74 | | 147,881.00 |
| 05/07/19 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 336.07 | 147,544.93 |
| 05/09/19 | 4 | Beliveau Engineering Contractors, Inc.<br>909 7th Street<br>Oakland, CA 94607 | ACCOUNT RECEIVABLE | 1121-000 | 7,000.00 | | 154,544.93 |
| | | | Page Subtotals | | 21,855.92 | 161,448.20 | |

Case: 18-41677    Doc# 98    Filed: 10/07/21    Entered: 10/07/21 14:11:54    Page 15 of 22

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 18-41677 -L-7 |
| Case Name: | A-1 READY MIX, INC. |

| | |
|---|---|
| Trustee Name: | LOIS I. BRADY |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3549 Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******2647 |
| For Period Ending: | 08/29/21 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/09/19 | 4 | Ray's Electric<br>411 Pendleton Way, Suite B<br>Oakland, CA 94621 | ACCOUNT RECEIVABLE | 1121-000 | 24,217.90 | | 178,762.83 |
| 06/04/19 | 4 | Beliveau Engineering Contractors, Inc.<br>909 7th Street<br>Oakland, CA 94607 | ACCOUNT RECEIVABLE | 1121-000 | 6,250.00 | | 185,012.83 |
| 06/07/19 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 251.60 | 184,761.23 |
| 07/07/19 | 4 | Beliveau Engineering Contractors, Inc.<br>909 7th Street<br>Oakland, CA 94607 | ACCOUNT RECEIVABLE | 1121-000 | 6,250.00 | | 191,011.23 |
| 07/08/19 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 264.33 | 190,746.90 |
| 08/06/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 190,746.90 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 673,791.38 | COLUMN TOTALS | | 370,387.65 | 370,387.65 | 0.00 |
| Memo Allocation Disbursements: | 442,126.61 | Less: Bank Transfers/CD's | | 0.00 | 190,746.90 | |
| | | Subtotal | | 370,387.65 | 179,640.75 | |
| Memo Allocation Net: | 231,664.77 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 370,387.65 | 179,640.75 | |

Case: 18-41677   Doc# 98   Filed: 10/07/21   Entered: 10/07/21 14:11:54   Page 16 of 22

Page Subtotals 36,717.90 191,262.83

Ver: 22.03d

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:      18-41677  -L-7
Case Name:    A-1 READY MIX, INC.

Trustee Name:                LOIS I. BRADY
Bank Name:                   Axos Bank
Account Number / CD #:       *******0111  Checking Account

Taxpayer ID No:  *******2647
For Period Ending:  08/29/21

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/06/19 | 4 | Beliveau Engineering Contractors, Inc. 909 7th Street Oakland, CA 94607 | ACCOUNT RECEIVABLE | 1121-000 | 6,250.00 | | 6,250.00 |
| 08/06/19 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 190,746.90 | | 196,996.90 |
| 09/03/19 | 4 | Beliveau Engineering Contractors, Inc. 909 7th Street Oakland, CA 94607 | ACCOUNT RECEIVABLE | 1121-000 | 6,250.00 | | 203,246.90 |
| 10/10/19 | 4 | Beliveau Engineering Contractors Inc. 909 7th Street Oakland, CA 94607 | ACCOUNT RECEIVABLE | 1121-000 | 6,250.00 | | 209,496.90 |
| 10/24/19 | 4 | Prestige Utility Inc. 1948 Alum Rock Avenue San Jose, CA 95116 | ACCOUNT RECEIVABLE | 1121-000 | 1,308.12 | | 210,805.02 |
| 11/05/19 | 4 | Beliveau Engineering Contractors, Inc. 909 7th Street Oakland, CA 94607 | ACCOUNT RECEIVABLE | 1121-000 | 6,250.00 | | 217,055.02 |
| 12/10/19 | 4 | Beliveau Engineering Contractors, Inc. 909 7th Street Oakland, CA 94607 | ACCOUNT RECEIVABLE | 1121-000 | 6,250.00 | | 223,305.02 |
| 12/26/19 | 4 | Beliveau Engineering Contractors, Inc. 909 7th Street Oakland, CA 94607 | ACCOUNT RECEIVABLE | 1121-000 | 6,250.00 | | 229,555.02 |
| 01/23/20 | 020001 | INTERNATIONAL SURETIES LTD 701 POYDRAS ST STE 420 NEW ORLEANS LA 70139 | Bond #016048574 | 2300-000 | | 75.98 | 229,479.04 |
| 03/26/21 | 020002 | LOIS I. BRADY, ESQ. CHAPTER 7 TRUSTEE 212 NINTH STREET STE 312 OAKLAND, CA  94607 | Chapter 7 Compensation/Expense | | | 45,954.65 | 183,524.39 |
| | | | Page Subtotals | | 229,555.02 | 46,030.63 | |

Case: 18-41677   Doc# 98   Filed: 10/07/21   Entered: 10/07/21 14:11:54   Page 17 of 22

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Ver: 22.03d

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-41677 -L-7 | | Trustee Name: | LOIS I. BRADY |
| Case Name: | A-1 READY MIX, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0111 Checking Account |
| Taxpayer ID No: | *******2647 | | | |
| For Period Ending: | 08/29/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees             45,816.12 | 2100-000 | | | |
| | | | Expenses           138.53 | 2200-000 | | | |
| 03/26/21 | 020003 | WENDEL ROSEN BLACK & DEAN LLP MARK S BOSTICK 1111 BROADWAY 24TH FL OAKLAND CA 94607 | ATTORNEY FOR TRUSTEE FEES | 3210-000 | | 21,843.93 | 161,680.46 |
| 03/26/21 | 020004 | WENDEL ROSEN BLACK & DEAN LLP MARK S BOSTICK 1111 BROADWAY 24TH FL OAKLAND CA 94607 | ATTORNEY FOR TRUSTEE EXPENSE | 3220-000 | | 483.72 | 161,196.74 |
| 03/26/21 | 020005 | KOKJER PIEROTTI MAICCO & DUCK LLP RICHARD PIEROTTI 333 PINE ST 5TH FL SAN FRANCISCO CA 94104 | ACCOUNTANT FOR TRUSTEE EXPENSES | 3420-000 | | 118.54 | 161,078.20 |
| 03/26/21 | 020006 | KOKJER PIEROTTI MAICCO & DUCK LLP RICHARD PIEROTTI 333 PINE ST 5TH FL SAN FRANCISCO CA 94104 | ACCOUNTANT FOR TRUSTEE FEES | 3410-000 | | 9,735.50 | 151,342.70 |
| 03/26/21 | 020007 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 POB 2952 SACRAMENTO CA 95812-2952 | Claim 000024A, Payment 100.00000% ADMIN CLAIM 2019-2020 TAX | 2820-000 | | 1,640.73 | 149,701.97 |
| 03/26/21 | 020008 | Wells Fargo Bank NA 800 Walnut Street MAC F0005-055 Des Moines, IA 50309 | Claim 000025, Payment 100.00000% | 4210-000 | | 3,500.00 | 146,201.97 |
| 03/26/21 | 020009 | INTERNAL REVENUE SERVICE INSOLVENCY REMITTANCE POB 7346 PHILADELPHIA PA 19101-7346 | Claim 000004A, Payment 100.00000% | 5800-000 | | 9,473.65 | 136,728.32 |
| | | | Page Subtotals | | 0.00 | 46,796.07 | |

Case: 18-41677    Doc# 98    Filed: 10/07/21    Entered: 10/07/21 14:11:54    Page 18 of 22

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 18-41677 -L-7 |
| Case Name: | A-1 READY MIX, INC. |
| Taxpayer ID No: | *******2647 |
| For Period Ending: | 08/29/21 |

| | |
|---|---|
| Trustee Name: | LOIS I. BRADY |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0111  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/26/21 | 020010 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>POB 2952<br>SACRAMENTO CA 95812-2952 | Claim 000022, Payment 100.00000%<br>2018 TAX | 5800-000 | | 829.28 | 135,899.04 |
| 03/26/21 | 020011 | CALIFORNIA DEPT OF TAX & FEE ADMIN<br>Special Ops, MIC:55<br>POB 942879<br>SACRAMENTO CA 94279-0055 | Claim 000023A, Payment 100.00000%<br>#2647 | 5800-000 | | 119,346.12 | 16,552.92 |
| 03/26/21 | 020012 | SNIDER LEASING CORP<br>5301 MADISON AVE STE 101<br>SACRAMENTO CA 95841 | Claim 000001, Payment 0.36312%<br>SECURED BY 2013 KW TRACTOR; #7940 | 7100-000 | | 130.52 | 16,422.40 |
| 03/26/21 | 020013 | SNIDER LEASING CORP<br>5301 MADISON AVE STE 101<br>SACRAMENTO CA 95841 | Claim 000002, Payment 0.36316%<br>DEFAULT CLAIM ON<br>#8211 SECURED BY LEASED 2015 KW<br>TRACTOR | 7100-000 | | 8.03 | 16,414.37 |
| 03/26/21 | 020014 | SNIDER LEASING CORP<br>5301 MADISON AVE STE 101<br>SACRAMENTO CA 95841 | Claim 000003, Payment 0.36313%<br>DEFAULT BALANCE ON LEASE<br>#0481 SECURED BY HL 770-9 WHEEL LOADER | 7100-000 | | 229.59 | 16,184.78 |
| 03/26/21 | 020015 | INTERNAL REVENUE SERVICE<br>INSOLVENCY REMITTANCE<br>POB 7346<br>PHILADELPHIA PA 19101-7346 | Claim 000004B, Payment 0.36312% | 7100-000 | | 44.19 | 16,140.59 |
| 03/26/21 | 020016 | BAY CITY SCALE INC<br>25352A CYPRESS AVE<br>HAYWARD CA 94544 | Claim 000005, Payment 0.36322% | 7100-000 | | 5.26 | 16,135.33 |
| 03/26/21 | 020017 | LEHIGH HANSON INC<br>c/o LANAK & HANNA PC<br>625 THE CITY DR SOUTH STE 190<br>ORANGE CA 92868 | Claim 000006A, Payment 0.36313% | 7100-000 | | 2,874.84 | 13,260.49 |
| 03/26/21 | 020018 | CONCRETE CHEMICALS OF CALIFORNIA INC | Claim 000007, Payment 0.36315% | 7100-000 | | 47.56 | 13,212.93 |

Page Subtotals            0.00       123,515.39

Case: 18-41677   Doc# 98   Filed: 10/07/21   Entered: 10/07/21 14:11:54   Page 19 of 22

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-41677 -L-7 | | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|---|
| Case Name: | A-1 READY MIX, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0111 Checking Account |
| Taxpayer ID No: | *******2647 | | | |
| For Period Ending: | 08/29/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | 1065 TERMINAL WAY | | | | |
| | | SAN CARLOS CA 94070 | | | | |
| 03/26/21 | 020019 | GREENWOOD & MOORE INC | Claim 000009, Payment 0.36313% | 7100-000 | | 18.47 | 13,194.46 |
| | | 3111 Castro Valley Blvd Ste 200 | | | | |
| | | Castro Valley CA 94546 | | | | |
| 03/26/21 | 020020 | STEVENS CREEK QUARRY INC | Claim 000010, Payment 0.36309% *1197 | 7100-000 | | 36.70 | 13,157.76 |
| | | 12100 Stevens Canyon Road | | | | |
| | | Cupertino CA 95014 | | | | |
| 03/26/21 | 020021 | MARLIN BUSINESS BANK | Claim 000011, Payment 0.36310% *7334 | 7100-000 | | 18.68 | 13,139.08 |
| | | ATTN BANKRUPTCY DEPARTMENT | | | | |
| | | 300 FELLOWSHIP RD | | | | |
| | | MT LAUREL NJ 08054 | | | | |
| 03/26/21 | 020022 | CALPORTLAND COMPANY | Claim 000012, Payment 0.36313% | 7100-000 | | 2,082.31 | 11,056.77 |
| | | James D Lipschultz, Esq. | | | | |
| | | 12400 Wilshire Blvd STE 920 | | | | |
| | | Los Angeles CA 90025 | | | | |
| 03/26/21 | 020023 | DELCON MATERIALS | Claim 000013, Payment 0.36316% | 7100-000 | | 14.45 | 11,042.32 |
| | | POB 30248 | | | | |
| | | STOCKTON CA 95213 | | | | |
| 03/26/21 | 020024 | CONTI MATERIAL SERVICE LLC | Claim 000014, Payment 0.36310% | 7100-000 | | 21.53 | 11,020.79 |
| | | POB 30248 | | | | |
| | | STOCKTON CA 95213 | | | | |
| * 03/26/21 | 020025 | LAST & FAORO | Claim 000015, Payment 0.36312% | 7100-003 | | 98.52 | 10,922.27 |
| | | 520 S El Camino Real Ste 430 | | | | |
| | | San Mateo CA 94402 | | | | |
| 03/26/21 | 020026 | CEMEX CONSTRUCTION MATERIALS PACIFIC LL | Claim 000016, Payment 0.36313% #1932 | 7100-000 | | 500.34 | 10,421.93 |
| | | 2365 Iron Point Road #120 | | | | |
| | | Folsom, CA 95630 | | | | |
| * 03/26/21 | 020027 | PACIFIC COAST PETROLEUM INC | Claim 000017, Payment 0.36312% | 7100-004 | | 231.00 | 10,190.93 |

| | | Page Subtotals | | | 0.00 | 3,022.00 | |

LFORM24

Ver: 22.03d

Case: 18-41677    Doc# 98    Filed: 10/07/21    Entered: 10/07/21 14:11:54    Page 20 of 22

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 18-41677 -L-7 |
| Case Name: | A-1 READY MIX, INC. |
| Taxpayer ID No: | *******2647 |
| For Period Ending: | 08/29/21 |

| | |
|---|---|
| Trustee Name: | LOIS I. BRADY |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0111  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Gordon & Reynolds 35 N Lake Ave Ste 620 Pasadena CA 91101 | | | | | |
| 03/26/21 | 020028 | A-1 SEPTIC TANK SERVICE INC 1111 Industrial Pkwy W Hayward CA 94544 | Claim 000018B, Payment 0.36313% | 7100-000 | | 8,541.36 | 1,649.57 |
| 03/26/21 | 020029 | PACIFIC ENTERPRISE BANK 17748 Skypark Circle Ste 100 Irvine CA 92614 | Claim 000019A, Payment 0.36313% SECURED BY CONCRETE BATCH PLANT *6800 | 7100-000 | | 1,280.70 | 368.87 |
| 03/26/21 | 020030 | HANSON BRIDGETT LLP 425 Market St FL 26th San Francisco CA 94105 | Claim 000020, Payment 0.36313% | 7100-000 | | 123.71 | 245.16 |
| 03/26/21 | 020031 | PACIFIC ENTERPRISE BANK 17748 SKYPARK CIRCLE STE 100 IRVINE CA 92614 | Claim 000021, Payment 0.36314% #7700 | 7100-000 | | 243.87 | 1.29 |
| 03/26/21 | 020032 | CLERK, US BANKRUPTCY COURT NORTHERN DISTRICT OF CALIF 1300 CLAY ST 3RD FL OAKLAND CA 94612 | REMITTED TO COURT DIVIDENDS REMITTED TO THE COURT ITEM #    CLAIM #        DIVIDEND ========================= 32      000008        1.29 | 7100-001 | | 1.29 | 0.00 |
| *  04/22/21 | 020025 | LAST & FAORO 520 S El Camino Real Ste 430 San Mateo CA 94402 | Claim 000015, Payment 0.36312% Returned - Unclaimed | 7100-003 | | -98.52 | 98.52 |
| 04/22/21 | 020033 | CLERK, US BANKRUPTCY COURT NORTHERN DISTRICT OF CALIF 1300 CLAY ST 3RD FL OAKLAND CA 94612 | UNCLAIMED DIVIDEND Claim 000015 Last & Faoro | 7100-001 | | 98.52 | 0.00 |
| *  07/15/21 | 020027 | PACIFIC COAST PETROLEUM INC Gordon & Reynolds 35 N Lake Ave Ste 620 | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -231.00 | 231.00 |

| | | | Page Subtotals | | 0.00 | 9,959.93 | |

Case: 18-41677   Doc# 98   Filed: 10/07/21   Entered: 10/07/21 14:11:54   Page 21 of 22

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

# Exhibit 9

| Case No: | 18-41677 -L-7 | | Trustee Name: | LOIS I. BRADY |
|---|---|---|---|---|
| Case Name: | A-1 READY MIX, INC. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0111  Checking Account |
| Taxpayer ID No: | *******2647 | | | |
| For Period Ending: | 08/29/21 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/22/21 | 020034 | Pasadena CA 91101 UNITED STATES BANKRUPTCY COURT OFFICE OF THE CLERK ATTN UNCLAIMED FUNDS 450 GOLDEN GATE AVENUE MAIL BOX 36099 SAN FRANCISCO CA 94102 | UNCLAIMED DIVIDEND Claim No. 17 - Pacific Coast Petroleum Inc. | 7100-000 | | 231.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 229,555.02 | 229,555.02 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 190,746.90 | 0.00 | |
| | | Subtotal | | 38,808.12 | 229,555.02 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 38,808.12 | 229,555.02 | |
| Total Allocation Receipts: | 673,791.38 | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 442,126.61 | TOTAL - ALL ACCOUNTS | | | | |
| | | Checking Account (Non-Interest Earn - *******3549 | | 370,387.65 | 179,640.75 | 0.00 |
| Total Memo Allocation Net: | 231,664.77 | Checking Account - *******0111 | | 38,808.12 | 229,555.02 | 0.00 |
| | | | | ------------------ | ------------------ | ------------------ |
| | | | | 409,195.77 | 409,195.77 | 0.00 |
| | | | | ============ | ============ | ============ |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 231.00 |